**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-807 (EGS) |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, | |
| Defendant. | |

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, respectfully submit the following:

1.      This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a FOIA request submitted by Plaintiff Judicial Watch, Inc. ("Judicial Watch"), to the Office of the Director of National Intelligence ("ODNI") seeking certain documents related to a meeting between former Federal Bureau of Investigation ("FBI") Deputy Assistant Director Peter Strzok and certain Intelligence Community Inspector General (ICIG) officials.

2.      ODNI's search for records responsive to Judicial Watch's FOIA request is complete.  By letter dated July 19, 2019, transmitted on July 23, 2019, ODNI provided to Judicial Watch a final response, consisting of two documents totaling 12 pages.

3.      The parties are currently working together to resolve any outstanding issues related to ODNI's response to Judicial Watch's FOIA request without the need for summary judgment briefing.

4.      The parties do not believe that an *Open America* stay is likely in this case.

5.      If the parties do not resolve outstanding issues related to ODNI's response, a

*Vaughn* index and/or another submission by the government describing the documents and the justifications for nondisclosure will be required in this case.

  6. The parties do not believe that this case would benefit from referral to a Magistrate Judge or the District Court Mediation Program for purposes of settlement.

  7. The parties believe it would be premature to set a briefing schedule for dispositive motions at this time and, instead, propose that they submit a joint status report to the Court on or before August 26, 2019, informing the Court whether the parties have resolved all disputes or whether dispositive motions are necessary and in that event, proposing a briefing schedule.

Dated: August 5, 2019       Respectfully submitted,

/s/ *Ramona R. Cotca*       JOSEPH H. HUNT
RAMONA R. COTCA (DC Bar # 501159) Assistant Attorney General
Judicial Watch, Inc.        Civil Division
425 Third Street SW, Suite 800
Washington, DC 20024       MARCIA BERMAN
Telephone: (202) 646-5172, ext. 328   Assistant Director
rcotca@judicialwatch.org      Civil Division, Federal Programs Branch

*Counsel for Plaintiff*       /s/ *Julie Straus Harris*
             JULIE STRAUS HARRIS (DC Bar # 1021928)
             Trial Attorney
             United States Department of Justice
             Civil Division, Federal Programs Branch
             1100 L Street NW, Room 11514
             Washington, D.C. 20005
             Tel: (202) 353-7633
             Fax: (202) 616-8470
             E-mail: julie.strausharris@usdoj.gov

             *Counsel for Defendant*