UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF THE DIRECTOR OF<br>NATIONAL INTELLIGENCE,<br><br>    Defendant. | Case No. 1:19-cv-807 (EGS) |

**JOINT STATUS REPORT**

The parties, by counsel, submit this joint status report.

1.  The background to this case is provided in the parties' August 5, 2019 Joint Status Report, ECF No. 7, and incorporated here by reference. In the August 5, 2019 Joint Status Report, the parties advised the Court that they are currently working together to resolve any outstanding issues related to ODNI's response to Judicial Watch's FOIA request without the need for summary judgment briefing and proposed submitting a joint status report to the Court on or before August 26, 2019, informing the Court whether the parties have resolved all disputes or whether dispositive motions are necessary and in that event, proposing a briefing schedule. *See* ECF No. 7 at 2.

2.  The parties are continuing to work together to resolve any outstanding issues related to ODNI's response to Judicial Watch's FOIA request without the need for summary judgment briefing. The parties therefore believe it would be premature to set a briefing schedule for dispositive motions at this time and, instead, propose that they submit a joint status report to the Court on or before September 20, 2019, informing the Court whether the parties have

resolved all disputes or whether dispositive motions are necessary and in that event, proposing a briefing schedule.

Dated:  August 26, 2019                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Ramona R. Cotca* | JOSEPH H. HUNT |
| RAMONA R. COTCA (DC Bar # 501159) | Assistant Attorney General |
| Judicial Watch, Inc. | Civil Division |
| 425 Third Street SW, Suite 800 | |
| Washington, DC  20024 | MARCIA BERMAN |
| Telephone: (202) 646-5172, ext. 328 | Assistant Director |
| rcotca@judicialwatch.org | Civil Division, Federal Programs Branch |
| | |
| *Counsel for Plaintiff* | */s/ Julie Straus Harris* |
| | JULIE STRAUS HARRIS (DC Bar # 1021928) |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW, Room 11514 |
| | Washington, D.C. 20005 |
| | Tel: (202) 353-7633 |
| | Fax: (202) 616-8470 |
| | E-mail: julie.strausharris@usdoj.gov |
| | |
| | *Counsel for Defendant* |