# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, <br><br> Defendant. | Case No. 1:19-cv-807 (EGS) |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report.

1. The background to this case is provided in the parties' August 5, 2019 Joint Status Report, ECF No. 7, and August 26, 2019 Joint Status Report, ECF No. 8, and incorporated here by reference. In the August 26, 2019 Joint Status Report, the parties advised the Court that they were continuing to work together to resolve any outstanding issues related to ODNI's response to Judicial Watch's FOIA request without the need for summary judgment briefing and proposed submitting a joint status report to the Court on or before September 20, 2019, informing the Court whether the parties have resolved all disputes or whether dispositive motions are necessary and in that event, proposing a briefing schedule. *See* ECF No. 8 at 1-2.

2. The parties have reached a tentative settlement agreement, subject to final approvals. The parties propose that if the case has not been dismissed by November 22, 2019, the parties file a Joint Status Report to report to the Court on the status of the settlement.

2

Dated:  September 20, 2019                              Respectfully submitted,


*/s/ Ramona R. Cotca*                                            JOSEPH H. HUNT
RAMONA R. COTCA (DC Bar # 501159)       Assistant Attorney General
Judicial Watch, Inc.                                              Civil Division
425 Third Street SW, Suite 800
Washington, DC  20024                                    MARCIA BERMAN
Telephone: (202) 646-5172, ext. 328               Assistant Director
rcotca@judicialwatch.org                                 Civil Division, Federal Programs Branch

*Counsel for Plaintiff*                                          */s/ Julie Straus Harris*
                                                                          JULIE STRAUS HARRIS (DC Bar # 1021928)
                                                                          Trial Attorney
                                                                          United States Department of Justice
                                                                          Civil Division, Federal Programs Branch
                                                                          1100 L Street NW, Room 11514
                                                                          Washington, D.C. 20005
                                                                          Tel: (202) 353-7633
                                                                          Fax: (202) 616-8470
                                                                          E-mail: julie.strausharris@usdoj.gov

                                                                          *Counsel for Defendant*